No. 353, Misc. SPAULDING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 368, Misc. JACKSON *v.* ELLIS, CORRECTIONS MANAGER. Court of Criminal Appeals of Texas. Certiorari denied.

No. 369, Misc. DALEY *v.* CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 370, Misc. DEAN *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Virgil V. Becker* for petitioner.

No. 371, Misc. IN RE HOWAT. C. A. 7th Cir. Certiorari denied.

No. 374, Misc. WILSON *v.* NEBRASKA. Supreme Court of Nebraska. Certiorari denied.

No. 377, Misc. KASSIM *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 379, Misc. MACKIEWICZ *v.* COCHRAN, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 392, Misc. EX PARTE LARCH. Supreme Court of Ohio. Certiorari denied.